Please Sell My Kidney For Your $350 Filing Fee To Seek JUSTICE for my $4,000,000,000, Police Misconduct Lawsuit

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

→been baptized in Church of Christ, Now Erfan Halgheh Mysticism; Actual Innocent On Death-Row For Crimes of Someone Else; Iranian War Hero Veteran (Against Saddam Hussein Iraqi regime 1986–1988 War)←

Mohammad Sharifi

Name under which you were convicted

$4,000,000,000 Police Misconduct Lawsuit

Z-709

Your prison number

CIVIL ACTION NO. 22-CV-264- JB-MU

(To be supplied by Clerk of Court)

vs.

① John Hamm, ② Steve Marshall, ③ Kay Ivey, ④ Robert Broussard, ⑤ Bill Starnes, ⑥ Robert Nance, ⑦ Lisa Hamilton, ⑧ Morris Glenn Brown

Name of Defendant(s)

Holman Correctional Facility, 3700 Holman, Atmore, AL 36503

Place of Confinement and Address

FILED JUL 1 '22 PM 1:26 USDCALS

### INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

$4,000,000,000 —Is— The PRICE of Stolen JUSTICE plus Stolen Integrity from 2 American Victims And Myself.

$4,000,000,000 Lawsuit / Page 1 of 13 / Otherwise Deport Me To Iran / 6-29-2022

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) No ( ) → Not Available

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (X) No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Mohammad Shahifi, Z709,

Defendants: Jefferson Dunn, et al.,

2. Court (if federal court, name the district; if state court, name the county): Southern District of Alabama, Southern Division

3. Docket Number: Civil Action 21-0552-JB-MU

4. Were you granted the opportunity to proceed without payment of filing fees?

Yes (X) No ( )

5. Name of judge to whom the case was assigned: P. Bradley Murray U.S. Magistrate Judge

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

It's still pending

7. Approximate date of filing lawsuit: 1-20-2022

8. Approximate date of ruling by court: No ruling yet, still pending

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Huntsville Police Dept. Evidence Room 3 racist cops planted Evidence Framed me

B. Date it occurred: Jan/2000 — to — Feb/2005

C. Is there a prisoner grievance procedure in this institution? I was in Madison County Jail while 3 racist cops FRAMED me

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No ( ) ⇒ Not Applicable

E. If your answer is YES:

1. What steps did you take? With my Poor English as Pro-se filed Six Lawsuits against Inv. Robert Nance, Inv. Lisa Hamilton, 2000—2004 Before 2005 Trial
2. What was the result? No Results

F. If your answer is NO, explain why not: I'm Iranian National, Poor English, had No Attorney for my Six Lawsuits. Paid All Six Lawsuit Filing Fee Court Costs off my jail account.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Three Racist Cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown — In Huntsville Police Dept. Evidence Room — In 2000 to 2005 — UNCONSTITUTIONALLY Intentionally-Or-Accidentally FRAMED me — I actual innocent on Death Row with 43 Alibis plus Four New Evidence of My Innocence: (A) R.1570 Nine Large Box Evidence of Inv. Robert Nance In Huntsville Evidence Room — Unconstitutionally changed to Ten Large Box of Inv. Lisa Hamilton R.1022. (B) C.1349 Autopsy report with No Cause of Death, No Manner of Death — Unconstitutionally Forged to C.1432. (C) Victims IDs planted in Huntsville Evidence Room with Zero Los Angeles FBI chain of Evidence Document to Support. (D) R.1448 Morris Glenn Brown named 57 bullets = 1 ACP + 1 CBC + 5 CBC + 1 PMC + 49 PMC — versus — C.1209 Inv. Lisa Hamilton Chain of Evidence Doc. 49 + 7 = 56 PMC bullets — 56 changed to 57 — planted 6 CBC bullets into 50 PMC ammunition box — planted Tampered Gun & Bullets — in my Death Penalty Case. (E) C.1258-59 Affidavit For Search Warrant signed by Inv. William Payne plus Judge Bruce Williams signature proves my beloved Sarah was ALIVE on Dec/17/99 when I was in Los Angeles Dec/15/99 — 4000 Miles far from Alabama Crime Scene. WHY Judge Williams signed this Affidavit? Because Inv. Payne's Information was FRESH & Accurate Truth — Not 2005 Trial-Lies.

## III. PARTIES.

A. Plaintiff (Your name/AIS): Mohammad Sharifi, Z-709

Your present address: Holman Correctional Facility 3700 Holman, Atmore, AL 36503

B. Defendant(s):

1. Defendant (full name) ______ is employed as ______ at ______.

His/her present address is See Pages 8,10,9,11 please.

(a) Claim against this defendant: Eight (8) Defendants

(b) Supporting facts (Include date/location of incident):

2. Defendant (full name) See Pgs. 8-11 please is employed as ______

at ______.

His/her present address is ______.

(a) Claim against this defendant: ______.

(b) Supporting facts (Include date/location of incident):

3. Defendant (full name) See Pgs. 8-11 please is employed as ______

at ______.

His/her present address is ______.



$4,000,000,000, Lawsuit / Page 5 of 13 \ Otherwise Deport Me To Iran | 6-29-2022

(a) Claim against this defendant: See Pgs. 8–11 please

(b) Supporting facts (Include date/location of incident):

"
"
"

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Actual Innocent On Death Row For Crimes of Someone Else. "Capital Murder Conviction" Wrongly.

2. When were you convicted? Feb/2005

3. What is the term of your sentence? DEATH Sentence for Crimes of Someone Else

4. When did you start serving this sentence? March/2005

5. Do you have any other convictions which form the basis of a future sentence?
Yes ( ) No (X)

If so, complete the following:

(a) Date of conviction: —

(b) Term of sentence: —

6. What is your expected end of sentence (E.O.S.) date? No Date—Still Pending Habeas Corpus

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(X) Not Yet | yes( ) no(X) Not Yet |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |



$14,000,000,000 Lawsuit | Page 6 of 13 | Otherwise Deport Me To Iran | 6-29-2022

| | |
|---|---|
| Writ of habeas yes( ) no( ) corpus granted —is pending | yes( ) no( ) —is pending |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ______________________________

______________________________

**V.** State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

The Court MUST Deport me To Iran—Otherwise—Establish the Court's "JUSTICE" AND The Court's "INTEGRITY" by granting My Unselfish $4,000,000,000 LAWSUIT Due to Police Misconducts—FOR Greater Cause: LOVE is the Answer, Not Hate & Racism & Discrimination FOUNDED In American CULTURE.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

6-29-2022
Date

M. Sharifi (Actual Innocent On Death Row, Iranian War Hero Veteran)
(Signature of Plaintiff Under Penalty of Perjury)

Holman Correctional Facility 3700 Holman,
Current Mailing Address

Atmore, AL 36503

______________________________
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

American CULTURE: To LOVE your family Only, Not Strangers—It is Forbidden American Biblical Ten Commandment to "HATE" Strangers: Proof? Constant Mass Shootings in USA (in Public); plus 2.5 Million ADULT U.S. Criminal Inmates (Mass Incarceration).

★ Remember: Absence of LOVE & Respect for "Others"—is—The CAUSE for Civil & Criminal Crimes Worldwide Everywhere. ★

It's Above the "Psychology & Philosophy" of Crimes; It's HARD-SCIENCE of Crimes.

Page 5 — III. PARTIES. — B. Defendants:

Defendant 1/8 — John Hamm, Commissioner of Ala. Dept. of Corrections
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130–1501
Tel: 1-855-We-R-ADOC

Claim Against This Defendant: Wrongful Imprisonment of Actual Innocent Sharifi at Supermax Death Row Solitary Confinement TORTURE for 22 years (5 years in Jail + 17 years Holman Death Row)...

Supporting facts (Include date, Location of Incident): (a) Forcefully and Wrongfully Did put me in a 5 by 7 feet Cells: [Cell (H1) 2005, (O-9) 2007, (F-3), (F-26), (I-9), (P-27) 2010-2021] without Air-conditioner; Denied (b) My Constitutional International Phone Calls To Iranian officials and My Son and Mother in Iran With my own money for International phone calls (Zero Cost State Tax Money) plus Rejected (c) My Farsi Language Mails from Iranian officials and my family — No International Phone Calls with My Money — No Farsi Language Mails allowed. (d) Been Attempted murder by Death Row Inmate Calvin McMillan in 2014 — bruised & Bloody my face, bruised eyes, bruised neck, chest, my back, my shoulders — 2 days Unconscious at Atmore Emergency Room. (e) On 8/16/2016 — Death Row Inmate Jeffery Rieber (cell: P-21) during shower time invaded into my cell P-27 unlocked My cell door (as my name wasn't on shower list) Stabbed me with knife and Robbed my lawful $100 Tobacco, $35 watch, radio, etc. — hence officer Boudreaux, officer Mason, Lt. Bolar, Lt. Bank, officer Moore hospitalized me. (f) Been 3 Times stabbed in Holman — my point? Holman officers' Negligence — making $30 per Hour at Maximum Security Death Row — but Minimum Safety of prisoners, myself and my property; plus minimum security cell doors. (g) officers pepper-sprayed me 5 Times (so far 2022) to confiscate my cellphone while Denying my International lawful phone calls with my own Money — for 22-years. (h) Note: Holman Prison is Nations most violent prison in USA — so many Rapes, murder, violence — In Average Each Year — 1 Officer plus 3 to 5 Prisoners been Stabbed to Death or been Raped in Holman Population — Hence So many lawsuits by Dead officers & Dead Prisoners families lawsuits Against Holman officials Warden & Commissioner's Negligence.

Defendant 2/8 AND Defendant 3/8

Steve Marshall, Attorney General, Esq.
Attorney General's Office
State of Alabama
501 Washington Ave
Montgomery, AL 36104
Phone (334) 242-7345
Office Main Number 334-242-7300

Kay Ivey, Alabama Governor
office of the Governor of Alabama
600 Dexter Avenue
Montgomery, AL 36130
phone 334-242-7100

Claim Against These Defendants: As the Chief Ala. Prosecutor Steve Marshall and the Goddess Gov. Kay Ivey with SUPERB Political & Legal POWERS — Full Responsible (of 2 Decades ago local Huntsville Police Misconducts), Plus Full Access to Unlimited Trillion Dollars Tax Money Super Rich (State & National Federal Tax Money) — But Prosecutors Immune from Lawsuit — However, The Commissioner John Hamm and Ala. Gov. Kay Ivey and U.S. President Joe Biden Are NOT Immune from My UNSELFISH for Greater Cause $4,000,000,000 LAWSUIT (Otherwise Deport Me To Iran — Why? To Save your SELFISH, AMERICAN, Nationalist Tax MONEY — yet stealing & Robbing $1,000,000,000 For Beloved Victims Family for YOUR Unconstitutional Police Misconducts YOU OWE "JUSTICE AND INTEGRITY" to beloved Sarah & beloved Mr. Brown Family plus you OWE RESPECT for beloved Sarah & Mr. Brown's BLOOD by Police Misconducts in my case).

My Unselfish For Greater Cause (LOVE & Kindness Is The Answer, Not Hate & Racism & Discrimination FOUNDED in your American Culture of Pro-Violence, Pro-Racism, Pro-Discrimination — Constant Mass Shooting in USA — is — the Concrete Self-Explanatory Evidence of Pro-Violence American CULTURE):

(1/4) — My Unselfish $1,000,000,000 Lawsuit — For my New Trial Superlawyers TO SERVE JUSTICE for beloved Sarah & beloved Mr. Brown's Sake Deserve Justice;

(2/4) — My Unselfish $1,000,000,000 Lawsuit — For Beloved Victims' Family, Not my Family, Nor myself;

(3/4) — My Unselfish $1,000,000,000 Lawsuit — For U.S. House & Senate Law Makers Congressmen & Congresswomen — To Reform Death Penalty laws of "Guilt/Innocence Beyond Reasonable Doubts" Flawed Standard — To — "Guilt/Innocence Beyond ALL DOUBTS" in Death Penalty cases.

(4/4) — My Unselfish $1,000,000,000 Lawsuit — For Iranian Officials To Establish USA & Iran as Friends not as Enemies. Because YOU Unconstitutionally Wrongful Arrest Actual Innocent MShariti myself, Iranian War Hero Veteran 23-years-TORTURE by you — is — act of War against Iran.

Supporting Facts (Include date, Location of Incident):

The 3 Racist Cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown — In 2000–2005, In Huntsville Police Dept. Evidence Room — Unconstitutionally Intentionally-or-Accidentally Planted Evidence FRAMED me — Actual Innocent with 43 Alibis plus Four New Evidence of my Innocence — Wrongful Conviction & Death Sentence for crimes of someone Else.

Off-The-Record: Inv. Nance + Inv. Hamilton + Morris Glenn Brown (Off-The-Record) planted "Tampered Gun & Bullets," planted Sarah's blood on Sandal, planted Victims IDs, Forged Autopsy Report, ...

On-The-Record: Inv. Nance + Inv. Hamilton + Morris Glenn Brown (ON-The-Record) Conspired with Trial prosecutors Bill Starnes and Robert Broussard — Unconstitutionally Did Not let me Testify at Guilt/Innocence Trial — Capital Case — Violated my Right To Testify with 43 Alibis in Los Angeles phone Bill & Las Vegas Divorce Court Attorney & Clerk; plus Trial Judge Laura Hamilton Failed (ON-THE-RECORD) to ask "Defendant Sharifi: Do you want to Testify at your Capital Murder Trial — yes or No?" — unlike ALL 50 States Judges of USA obligated in Criminal Trials to keep ON-THE-RECORD — Defendant's Right-To-Testify. Hence This is Outrageous Miscarriage of JUSTICE — Above Chain of Errors — — Planted Evidence In My Death Penalty Case — plus — Tens of Constitutional On-The-Record chain of Errors plus Off-The-Record Chain of Errors — see My pro-se Handwritten Supplements Rule 32 Postconviction Appeal 50-to-70 Motions — Been served to prosecutor Richard Anderson via Madison County Circuit Clerk Jane Smith.

To See Exact On-The-Record "STATE'S" CONCRETE-RELIABLE DOCUMENTS (Not "Plaintiff's Documents to "DOUBT" or "Question" Authenticity & Reliability of it) please see page 4 of 13 — State's Concrete Records of the 3-Racist Police Misconducts.

Remember:

★ I, Sharifi am a Civil Engineer — "Expert in FACTS & Datas, Not Fictions & Lies"; ★
You, Judge Manasco & Judge Murray — are "Expert in LAW & Constitution" (unlike Me).

Huntsville Local Officials:

(4/8) Defendant Robert L. Broussard, Esq., District Attorney
Madison County District Attorney's Office
100 North Side Square
Huntsville, AL 35801
Phone (256)532-3460

(5/8) Defendant Bill Starnes, Esq., Assistant District Atty
Madison County District Attorney's Office
100 North Side Square
Huntsville, AL 35801
Phone (256)532-3460

(7/8), (6/8) Defendants: Inv. Robert Nance (6/8) and Inv. Lisa Hamilton (#06477) (7/8)
Huntsville Police Dept., 2110 Clinton Ave W, Huntsville, AL 35805 Phone (256)427-7009

(8/8) Defendant Morris Glenn Brown, Firearm & Tool Mark Examiner
Alabama Dept. of Forensic Science-Huntsville Office
716 Acadia Circle, Huntsville, AL 35801 Tel: 256-539-1401

Claims Against These Five Huntsville Local Defendants:

Above Huntsville Local Officials Direct Misconducts — ON-THE-RECORD Planted Evidence FRAMED me Unconstitutionally Against me — Actual Innocent with 43 Alibis in Los Angeles And Las Vegas, plus Four New Evidence of my Innocence — FRAMED me — By Planted "Tampered Gun & Bullets," "Planted Sarah's blood on Sandal," "Planted Victims' IDs" in Huntsville Evidence Room With Zero Los Angeles FBI Chain-of-Evidence Document to Support; Forged Autopsy Report — Unconstitutionally Intentionally or Accidentally FRAMED me — In my Death Penalty Case. ↓ Proof? ↓

To See Exact On-The-Record "STATE'S" — CONCRETE-Reliable Documents (NOT "plaintiff's" Document to "DOUBT" or "QUESTION" Authenticity & Reliability of it) Please See Page 4 of 13 — State's Concrete Records of the 3-Racist Police Misconducts.

Supporting Facts (Include date, Location of Incident):

Please See Page 4 of 13 — (Date: 2000 to 2005), (Location: Huntsville Police Dept. Evidence Room) (Who? The 3 racist Cops — Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glenn Brown)

Pg. 4 → II. YOUR PRESENT COMPLAINT. — G. ... what, when, where, who?

NOTE1: To Avoid Your Obstacles "2-yrs statute limitation For §1983" and "unrelated claims must been filed lawsuits separately" — Hence This is my Unselfish $4,000,000,000 LAWSUIT for One Single Claim of "Police Misconducts" — which created So Many "Unrelated claims of Torture, Trauma, Unrelated Chain of Cause & Effects" of one single claim of "Police Misconducts". Hence Please Don't be "Too Much Smart" Against me to Dismiss 99% of my claims and the 1% claim left will be "procedurally barred to raise" — like Habeas Corpus,

NOTE2: Remember — My Unselfish $4,000,000,000 LAWSUIT — is — the PRICE of Two Universal Values — "JUSTICE" plus "INTEGRITY" — stolen from "Beloved Victims Families And Myself Actual Innocent" by 3 Racist cops planted Evidence FRAMED me — in my Death Penalty Case.

☆ NOTE3: My Unselfish $4,000,000,000 LAWSUIT — Is — For To Break The CURSE of U.S. Extreme Flawed BIAS of Judges in favor of prosecutors' 100% Wins Rate. ☆

Proof? In 50 States of USA — Prosecutors lose One Out of Thousand Cases. Ignoring the Universal FACT — "Prosecutors Are NOT PERFECT like Jesus, Buddha, Dr. Martin Luther King (Noble Peace Prize Winner 1964), Mother Teresa (Noble Peace Prize Winner 1979), Gandi, Catholic Popes, etc."

been Baptized in Church of [illegible] Mysticism
Actual Innocent on Death Row For Crimes of Someone Else

From: Mohammad Sharifi
(Z-709) L-33
Holman Correctional Facility
3700 Holman
Atmore, AL 36503, USA

6-29-2022

Habeas Case# 5:17-cv-1924-AMM
Civil Action# 21-0552-JB-MU
Death Penalty Case
Actual Innocence
Iranian National

Dear Honorable Prosecutor/CLERK/JUDGE,

Holy Grounds

① Constitution of the United States of America: PREAMBLE: "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

② Please ORDER to YOUR SLAVE Judges (whom prosecutors 100% WINS rate by YOUR SLAVE judges guaranteed) to Deport me back to Iran DEAD-or-ALIVE Immediately (2022) — — otherwise order for New Trial (2022).

③ You Honorable Prosecutor /CLERK/ JUDGE please ask your Boss Ala. Atty General Steve Marshall and Ala. Governor Kay Ivey MUST report a Constitutional Explanation to Me & Iranian Officials for these Intentional or Accidental planted Evidence-FRAMED me by 3 racist cops— Inv. Robert Nance, Inv. Lisa Hamilton, Morris Glen Brown—I actual Innocent with 43 Alibis plus Four New Evidence of my Innocence: Ⓐ R.1570 Nine Large Box Evidence of Inv. Robert Nance In Huntsville Evidence Room—Unconstitutionally changed to Ten Large Box of Inv. Lisa Hamilton R.1022. Ⓑ C.1349 Autopsy report with No Cause of Death, No Manner of Death—Unconstitutionally Forged to C.1432. Ⓒ Victims IDs planted in Huntsville Evidence Room With Zero Los Angeles FBI Chain of Evidence Document to Support. Ⓓ R.1448 Morris Glen Brown named 57 bullets = 1 ACP + 1 CBC + 5 CBC + 1 PMC + 49 PMC —versus— C.1209 Inv. Lisa Hamilton Chain of Evidence Doc. 49 + 7 = 56 PMC bullets—56 changed to 57— planted 6 CBC bullets into 50 PMC ammunition box—planted Tampered Gun & Bullets—in my Death Penalty case. Ⓔ C.1258-59 Affidavit For Search Warrant signed by Inv. William Payne plus Judge Bruce Williams signature proves my beloved Sarah was ALIVE on Dec/17/99 when I was in Los Angeles Dec/15/99— 4000 Miles far from Alabama Crime Scene. WHY Judge Williams signed this Affidavit? Because Inv. Payne's Information was FRESH & Accurate Truth—Not 2005 Trial-Lies. (Iranian Officials MUST know Above—why, How, By whom?)

Holy Bible

④ OUR (yours & mine) Middle Eastern LORD-JESUS-CHRIST: "So I (Jesus) say to you, ASK, and it will be given; SEEK, and you will find; KNOCK, and it will be opened to you." Matthew 7:7, Luke 11:9 HOLY BIBLE Hence Deport me to Iran—otherwise order for New Trial.

—May God Bless America, May God Bless you All—including the 3 racist cops FRAMED me.
— Forgive my poor IQ, poor Grammar, my Rude Insults as YOUR victim.
— I would like to hear you SOON. (Losing my mind on Death Row Solitary Confinement TORTURE)

PS: You have zero RESPECT for me, please SHOW Respect to beloved Sarah's BLOOD, beloved Mr. Brown BLOOD— Deserve JUSTICE of New Trial, Not Injustice Planted Evidence.

Respectfully,
M. Sharifi
YOUR-VICTIM

Urgent Legal Mail

Mohammad Sharifi
(Z-709) L-33
Holman Correctional Facility
3700 Holman
Atmore, AL 36503

To: U.S. District Court
Southern District of Alabama
Honorable CLERK, Esq.
155 St. Joseph Street
Mobile, AL 36602

FOREVER / USA

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Urgent Legal Mail